UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LOPEZ and CYNTHIA LOPEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEXTRON, INC.,<br><br>    Defendants. | Case No. 25-cv-01344 NC<br><br>**CASE MANAGEMENT ORDER**<br><br>RE: ECF 13 |

This is a product liability case arising from injuries that plaintiff Edward Lopez asserts he received while riding a Jacobsen HR 9016 Turbo Diesel 4-wheel drive riding lawn mower while working for the City of San Jose as a grounds worker. The Court has reviewed the joint case management conference statement filed by the parties at ECF 13 and appreciates that the parties have proposed an efficient case schedule and have all consented to the jurisdiction of a magistrate judge. ECF 8, 11. Seeing no scheduling disputes that require discussion, the Court vacates the initial Case Management Conference and now issues the case schedule set below. This schedule largely adopts the dates proposed by the parties. These deadlines may be modified only by further Court order. The Court is committed to the "just, speedy, and inexpensive" determination of this and every case. Fed. R. Civ. P. 1.

*ADR Referral:*

The case is referred to the ADR unit for mediation, recommended to be completed by Dec. 31, 2025. The parties must file a mediation status report within 7 days after the completion of mediation.

*Case Deadlines*:

- Serve Initial Rule 26 disclosures: May 12, 2025
- Deadline to file proposed discovery protective order, if one desired: May 19, 2025
- Deadline to amend pleadings and add parties without leave: August 4, 2025
- Next CMC Oct. 8, 2025, 10:00 a.m. by Zoom video; joint case update due Oct. 1. If there are no disputes, the Court will vacate the conference.
- Complete mediation: Dec. 31, 2025
- Fact discovery deadline: Feb. 27, 2026. No more than 5 fact depositions per side without leave of Court.
- Expert disclosures and reports served: March 6, 2026
- Rebuttal expert reports served: March 20, 2026
- Expert discovery cut-off: April 3, 2026
- Deadline to file dispositive motions & Daubert motions: April 17, 2026. No more than one omnibus Daubert motion per side.
- Pre-trial conference filings, including motions in limine: July 22, 2026
- Pre-trial conference: August 5, 2026, 11:30 a.m.
- Jury Trial: August 17, 2026

Please consult my Civil Standing Order in the event of a discovery dispute.

A future order will set time limits and rules for trial.

**IT IS SO ORDERED.**

Dated: May 9, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge