Civil Action No. 5:25-cv-01344-NC

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **COOLTOPS, INC., a corporation**
was received by me on **August 6, 2025**

☐ I personally served the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; CASE MANAGEMENT ORDER on the individual at 170 Water Tank Rd, Warsaw, NC 28398-7821 on August 12, 2025 3:20 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with ___, a person of suitable age and discretion who resides there, on *(date)* ___, and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to **Don Gregg**, Manager, who is designated by law to accept service of process on behalf of **COOLTOPS, INC., a corporation** on **August 12, 2025 3:20 PM**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ **278.45**

I declare under penalty of perjury that this information is true.

Date: **August 12, 2025**

_____
Server's signature

**Tonya Maggio**
*Printed name and title*

**Contracted by Asap Legal**
**255 N Market Street, Suite 180**
**San Jose, CA 95110**
**(408) 564-7360**
*Server's Address*