Civil Action No. 5:25-CV-01344-NC

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **R&R PRODUCTS, INC., a corporation**
was received by me on **August 6, 2025**

☐ I personally served the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; CASE MANAGEMENT ORDER on the individual at 2200 E. River Rd., Suite 123, Tucson, AZ 85718-6579 on August 12, 2025 9:10 AM

☐ I left the above listed documents at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to Greg Gadarian Process Specialist accepting service on behalf of Gadarian & Cacy, PLLC, who is designated by law to accept service of process on behalf of **R&R PRODUCTS, INC., a corporation** on August 12, 2025 9:10 AM

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ for services, for a total of $ 233.45

I declare under penalty of perjury that this information is true.

Date: August 12, 2025

_____
Server's signature

Hector L. Velazquez Jr.
Printed name and title

Contracted by Asap Legal
255 N Market Street, Suite 180
San Jose, CA 95110
(408) 564-7360
Server's Address