Civil Action No. **5:25-cv-01344-NC**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **FLEET BODYWORX, INC.**
**was received by me on  August 6, 2025**

☐ I personally served the  on the individual at  on

☐ I left the __ at __ with  ,a person of suitable age and discretion who resides there, on__  , and mailed a copy to the individual's last known address; or

☑ I served the ATTACHED LIST OF DOCUMENTS to April "Doe" (Latin, Female, 35 yrs, 5'5", 160 lbs, Brown Eyes, Black Hair), Front Desk, who is designated by law to accept service of process on behalf of FLEET BODYWORX, INC.  on (date)  August 6, 2025 ; or

☐ other *(specify)*:

*My fees are $ for travel and $  for services, for a total of $ 209.84*

*I declare under penalty of perjury that this information is true.*

*Date:* **8/15/2025**

*Server's signature*

**Eduardo Frausto**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

A0440-2478641

ATTACHED LIST OF DOCUMENTS

SUMMONS;

AMENDED ANSWER TO COMPLAINT AND CROSS-COMPLAINT;

CIVIL STANDING ORDER: MAGISTRATE JUDGE NATHANAEL M. COUSINS;

CASE MANAGEMENT STATEMENT;

STIPULATED PROTECTIVE ORDER; AND ORDER;

CASE MANAGEMENT ORDER;

SETTLEMENT CONFERENCE STANDING ORDER  MAGISTRATE JUDGE NATHANAEL M. COUSINS;