Civil Action No. **5:25-cv-01344-NC**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **COOL TOPS, INC., a division of Accu Form Polymers**
was received by me on **August 6, 2025**

☐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at   on

☐ I left the __ at __, a person of suitable age and discretion who resides there, on *(date)*, and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION; DEFENDANT AND CROSS-CLAIMANT TEXTRON, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AND CROSS-CLAIM AGAINST ADDITIONAL DEFENDANTS; CASE MANAGEMENT STATEMENT; STIPULATED PROTECTIVE ORDER; AND ORDER; CASE MANAGEMENT ORDER; CIVIL STANDING ORDER: MAGISTRATE JUDGE NATHANAEL M. COUSINS; SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS to Don Gregg, Manager, who is designated by law to accept service of process on behalf of COOL TOPS, INC., a division of Accu Form Polymers on *(date)* August 11, 2025;or

☐ other *(specify)*:

*My fees are $ for travel and $ for services, for a total of $336.75*

*I declare under penalty of perjury that this information is true.*

*Date:* **8/18/2025**

*Server's signature*

**Tonya Maggio**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.: / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

TEXTRON, INC., a corporation vs FLEET BODYWORX, INC.; et al

A0440-2478644