JAMES E. SELL, ESQ. (SBN 135935)
Jsell@tysonmendes.com
ROSEMARY McCARTHY, ESQ. (SBN 138514)
Rmccarthy@tysonmendes.com
TYSON & MENDES LLP
371 Bel Marin Keys Blvd., Suite 100
Novato, CA 94949
Telephone: (628) 253-5070
Facsimile: (628) 299-7764

Attorneys for Cross-Defendant,
COOL TOPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. LOPEZ, individually, CYNTHIA J. LOPEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>TEXTRON, INC., a corporation; JACOBSEN, A TEXTRON COMPANY, a corporation, DOES 1-50, et al.,<br><br>Defendants. | Case No.: 5:25-cv-01344-NC<br>[*Assigned to the Magistrate Judge Nathanael M. Cousins*]<br><br>[Santa Clara County Superior Court Action No.: 24CV433969]<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S CROSS COMPLAINT** |
| TEXTRON, INC., a corporation,<br><br>Cross-Claimant,<br><br>v.<br><br>FLEET BODYWORX, INC.,; COOL TOPS, INC., a division f Accu Form Polymers; and Roes 1-20, inclusive,<br><br>Cross-Defendants. | Action Filed:   March 27, 2024 |

1.   WHEREAS Cross-Defendant COOL TOPS' response to Defendant and Cross-Claimant TEXTRON, INC's Cross-Claim is currently due September 2, 2025; and

---

1
JOINT STIPULATION FOR EXTENSTION OF TIME TO RESPOND TO CROSS COMPLAINT

2. WHEREAS the parties desire to extend the response date to allow for counsel to meet and confer as necessary.

**IT IS HEREBY STIPULATED** by and between Defendant and Cross-Claimant TEXTRON, INC, and Cross-Defendant COOL TOPS, by and through their respective attorneys of record, as follows:

Cross-Defendant COOL TOPS' date to respond to Defendant and Cross-Claimant TEXTRON, INC's Cross Claim is extended to September 16, 2025.

///

///

**IT IS SO STIPULATED:**

Dated:  September 4, 2025                    ROPERS MAJESTKI, PC

By _____
TODD ROBERTS
ROPERS MAJESKI
Attorneys for Defendant and Cross Complainant,
TEXTRON, INC.

Dated: September 4, 2025                    TYSON & MENDES LLP

By _____
JAMES E. SELL
ROSEMARY McCARTHY S
Attorneys for Cross-Defendant,
COOL TOPS, INC.

*Edward Lopez and Cynthia Lopez v. Textron, Inc.*
US District Court Northern District Case No.: 25-cv-01344 NC

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of Marin, California, over the age of eighteen years, and not a party to the within cause. My business address is 371 Bel Marin Keys Blvd., Suite 100, Novato, CA 94949. I served the within:

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S CROSS COMPLAINT**

**PARTIES SERVED: SEE ATTACHED SERVICE LIST**

___   **BY MAIL:** on the parties in said cause, by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Novato, California, as addressed on the service list.

_X_   **BY ELECTRONIC TRANSMISSION ONLY.** Based on court e-filing rules, a court order, or an agreement of the parties to accept electronic service, I: electronically served the documents to be sent from email address kcollier@tysonmendes.com on the person[s] at the electronic service address[es] as indicated.

I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 5, 2025, at San Francisco, California.

*Karen Collier*
Karen Collier

*Edward Lopez and Cynthia Lopez v. Textron, Inc.*
US District Court Northern District Case No.: 25-cv-01344 NC

# SERVICE LIST

*Attorney for Plaintiffs*

John C. Stein
THE BOCCARDO LAW FIRM
84 W. Santa Clara Street, Suite 700
San Jose, CA 95113
T: 408-298-5678
jstein@boccardo.com

David H.S. Commins
Justin Chou
COMMINS, KNUDSEN & CHOU, P.C.
492 9th Street, Suite 200
Oakland, CA 94607
T: 510-823-2208
david@commins.com
justin@commins.com

*Attorneys for Defendant Textron, Inc.*

Todd A. Roberts
Alexandria C. Carraher
Isabella S. Godinho
ROPERS MAJESTKI, PC
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
T: 650-364-8200
Todd.roberts@ropers.com
Alexandria.carraher@ropers.com
Isabella.godino@ropers.com