TODD A. ROBERTS (SBN 129722)
ALAN C. NOLLEY, JR. (SBN 263436)
MAHTAB HAJIBABAEI (SBN 344554)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA  94025
Telephone:     650.364.8200
Facsimile:      650.780.1701
Email:          todd.roberts@ropers.com
                alan.nolley@ropers.com
                mahtab.hajibabaei@ropers.com

Attorneys for Defendant and Cross-Claimant
TEXTRON, INC., a corporation. (also sued erroneously
as "JACOBSEN, A TEXTRON COMPANY, a
corporation)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. LOPEZ, individually, CYNTHIA J. LOPEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> TEXTRON, INC., a corporation; JACOBSEN, A TEXTRON COMPANY, a corporation, DOES 1-50, et al., <br><br> Defendants. | Case No.: 5:25-cv-01344-NC <br> *[Assigned to Judge P. Casey Pitts]* <br><br> [Santa Clara County Superior Court Action No. 24CV433969] <br><br> **STIPULATION TO CONTINUE MEDIATION COMPLETION DATE; AND** ~~**PROPOSED]**~~ **ORDER** |
| AND ALL OTHER CROSS-ACTIONS. | Action Filed:          March 27, 2024 |

Respectfully submitted to the Court for the Court's review and approval:

Plaintiffs EDWARD M. LOPEZ and CYNTHIA J. LOPEZ ("Plaintiffs") and Defendants/Cross-Defendants ACCU-FORM POLYMERS, INC., doing business as COOL TOPS, INC. ("Cool Tops"), TEXTRON, INC., a corporation (also sued erroneously as "JACOBSEN, A TEXTRON COMPANY, a corporation") ("Textron"), and FLEET BODYWORX, INC., et al. ("Fleet BodyWorx") (Cool Tops, Textron and Fleet BodyWorx are collectively referred to herein as

4918-1761-1178.2

"Defendants") (Defendants and Plaintiffs are collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and jointly request that the Court enter an Order continuing the ADR completion date in this matter for good cause:

WHEREAS, the current date to complete ADR by is May 8, 2026;

WHEREAS, the ADR Phone Conference was held on May 1, 2026, by Jill Kopeikin as part of the Court's ADR program concerning the mediation;

WHEREAS, all Parties have engaged in good faith efforts to schedule and mediate this matter;

WHEREAS, the Parties, their counsel, and the mediator have tentatively agreed to reschedule the mediation to June 11, 12, or 15, 2026, subject to confirmation of mediator and client availability; and

WHEREAS, good cause exists for this continuance in that certain Parties and their counsel have been engaged in trial and arbitration proceedings and were therefore unavailable to complete mediation by the current deadline of May 8, 2026;

WHEREAS, there has only been one prior request to continue the deadline to complete ADR;

WHEREAS, no Party will be prejudiced by the requested continuance, as all Parties are in agreement and the extension is sought in good faith to permit an effective mediation session;

WHEREAS, Plaintiffs do not oppose the proposed continuance of the mediation deadline as proposed herein;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record, that good cause exists to continue the mediation deadline, and the Parties jointly request that the Court enter an Order continuing the last date to complete ADR to July 10, 2026. All other case management and pretrial deadlines shall remain as currently set unless separately modified by further order of the Court or stipulation of the Parties.

///

///

///

///

4918-1761-1178.2

- 2 -

STIPULATION TO CONTINUE MEDIATION
COMPLETION DATE; AND [PROPOSED] ORDER
CASE NO.: 5:25-CV-01344-NC

**IT IS SO STIPULATED.**

Dated:  May 8, 2026                     ROPERS MAJESKI PC


By:   /s/ *Alan C. Nolley*
TODD A. ROBERTS
ALAN C. NOLLEY, JR.
MAHTAB HAJIBABAEI
Attorneys for Defendant and Cross-Claimant TEXTRON, INC., a corporation. (also sued erroneously as "JACOBSEN, A TEXTRON COMPANY, a corporation)

Dated:  May 8, 2026                     LEWIS BRISBOIS BISGAARD & SMITH, LLP


By:   /s/ *Ali A. Delforoush*
ALI A. DELFOROUSH
ROBERT M. FERRIER
REUBEN B. JACOBSON
Attorneys for Defendant and Cross-Defendant ACC-FORM POLYMERS, INC. d/b/a COOL TOPS, INC.

Dated:  May 8, 2026                     MOKRI VANIS & JONES LLP


By:   /s/ *Kimberly M. Stoica*
TODD A. JONES
KIMBERLY M. STOICA
Attorneys for Cross-Defendant FLEET BODYWORX, INC.

Dated:  May 8, 2026                     ABRAMSOM SMITH WALDSMITH LLP


By:   /s/ *Nina G. Shapirshteyn*
NINA G. SHAPIRSHTEYN
JEFFREY R.  SMITH
Attorneys for Plaintiffs EDWARD M. LOPEZ and CYNTHIA J. LOPEZ

4918-1761-1178.2                          - 3 -

STIPULATION TO CONTINUE MEDIATION
COMPLETION DATE; AND [PROPOSED] ORDER
CASE NO.: 5:25-CV-01344-NC

## **ORDER**

Having considered the within Stipulation, and good cause appearing therefore, the Court GRANTS the Parties' request, and hereby ORDERS as follows:

1.    The deadline to complete ADR is now July 10, 2026.

2.    All other case management and pretrial deadlines shall remain as currently set unless separately modified by further order of the Court or stipulation of the Parties.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____

HON. P. CASEY PITTS

ROPERS MAJESKI

A Professional Corporation
Menlo Park

4918-1761-1178.2

- 4 -