UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD M. LOPEZ, et al.

Plaintiffs,

v.

TEXTRON, INC., et al.,

Defendants.

Case No.  25-cv-01344-PCP

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:  June 11, 2026
Mediator:  Joshua Masur

The request to excuse Barry Blair Fleet, party representative for Bodyworx, Inc. from appearing in person at the June 11, 2026, mediation before Joshua Masur is DENIED.

**IT IS SO ORDERED**.

Dated: June 5, 2026

Sallie Kim
United States Magistrate Judge