**THE BOCCARDO LAW FIRM, INC.**
ATTORNEYS AT LAW
JOHN C. STEIN [State Bar # 39417; jstein@boccardo.com]
84 W. Santa Clara Street, Suite 700
San Jose, California 95113
Telephone: (408) 298-5678
Facsimile: (408) 298-7503

**ABRAMSON SMITH WALDSMITH, LLP**
NINA G. SHAPIRSHTEYN [State Bar # 251122; ngs@aswllp.com]
19 Tehama Street, Suite A
San Francisco, California 94105
Telephone: (415) 421-7995
Facsimile: (415) 421-0912

Attorneys for Plaintiffs
EDWARD M. LOPEZ and
CYNTHIA J. LOPEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. LOPEZ, individually, CYNTHIA J. LOPEZ, individually<br><br>Plaintiffs,<br><br>vs.<br><br>TEXTRON, INC., a corporation; JACOBSEN, A TEXTRON COMPANY, a corporation, and DOES 1-50, et al.,<br><br>Defendants.<br><br>AND ALL OTHER CROSS-ACTIONS. | Case No.:  5:25-cv-01344-~~NC~~ -PCP<br><br>[Assigned to the ~~Magistrate~~ Judge Judge P. Casey Pitts]<br><br>[Santa Clara Superior Court Case No. 24CV33969]<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY AND RELATED DEADLINES; [~~PROPOSED~~] ORDER, AS MODIFIED** |

1

Abramson Smith Waldsmith, LLP
Attorneys At Law

Respectfully submitted to the Court for the Court's review and approval:

Plaintiffs EDWARD M. LOPEZ and CYNTHIA J. LOPEZ ("Plaintiffs") and Defendants/Cross-Defendants ACCU-FORM POLYMERS, INC., dba COOL TOPS, INC., TEXTRON, INC., and FLEET BODYWORX, INC., et al. (collectively referred to as "Defendants") (Defendants and Plaintiffs are collectively referred to herein as the "Parties") hereby stipulate and agree as follows, and jointly request that the Court enter an Order continuing the fact discovery, expert discovery, and related pretrial deadlines in this matter for good cause:

WHEREAS, the current case management deadlines are as follows:

| | | |
|---|---|---|
| 1. | Fact Discovery Cutoff: | July 22, 2026 |
| 2. | Expert Disclosures and Reports: | August 7, 2026 |
| 3. | Rebuttal Expert Reports: | August 28, 2026 |
| 4. | Expert Discovery Cutoff: | September 7, 2026 |
| 5. | Deadline to File Dispositive and Daubert Motions: | September 18, 2026 |
| 6. | Trial Setting Conference: | November 17, 2026 |

WHEREAS, all Parties have been engaged in good faith efforts to complete fact and expert discovery within the current deadlines, but have determined that a reasonable extension of those deadlines is necessary to ensure that this matter is fully and fairly litigated on the merits;

WHEREAS, the parties have been working to complete the remaining physician depositions before the current fact discovery cutoff, but several physicians are not available for deposition before July 22, 2026;

WHEREAS, the physician depositions are necessary percipient and treating-witness discovery;

WHEREAS, no trial date is currently set in this matter;

WHEREAS, no Party will be prejudiced by the requested continuance, as all

2

Abramson Smith Waldsmith, LLP
Attorneys At Law

Abramson Smith Waldsmith, LLP
Attorneys At Law

Parties are in agreement and the extension is sought in good faith to permit the orderly and complete development of the factual and expert record necessary for a fair adjudication of this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record, that good cause exists to continue the above-referenced deadlines in this matter, and the Parties jointly request that the Court enter an Order as follows:

1. Fact Discovery Cutoff:                          September 18, 2026

2. Expert Disclosures and Reports:                 October 2, 2026

3. Rebuttal Expert Reports:                         October 23, 2026

4. Expert Discovery Cutoff:                         November 6, 2026

5. Deadline to File Dispositive                     November 10, 2026
   and Daubert Motions:

6. Trial Setting Conference:                        To be continued as convenient
                                                    for the Court.

All other case management and pretrial deadlines shall remain as currently set unless separately modified by further order of the Court or stipulation of the Parties.

**IT IS SO STIPULATED**.

DATED: July 1, 2026                    **ABRAMSON SMITH WALDSMITH, LLP**

                                       _/s/ Nina Shapirshteyn_
                                       NINA G. SHAPIRSHTEYN, Esq.
                                       JEFFREY R. SMITH, Esq.
                                       Attorneys for Plaintiffs
                                       EDWARD M. LOPEZ and
                                       CYNTHIA J. LOPEZ

3

Abramson Smith Waldsmith, LLP
Attorneys At Law

DATED: July 1, 2026          **ROPERS MAJESKI PC**

/s/ Alan C. Nolley
ALAN C. NOLLEY, Esq.
TODD A. ROBERTS, Esq.
MAHTAB HAJIBABAEI, Esq.
Attorneys for Defendant and Cross-Claimant
TEXTRON, INC., a corporation.
(also sued erroneously as "JACOBSEN, A
TEXTRON COMPANY, a corporation)

DATED: July 1, 2026          **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ Robert M. Ferrier
ROBERT M. FERRIER, Esq.
REUBEN B. JACOBSON, Esq.
ALI DELFOROUSH, Esq.
ALEXANDER MAVROGIANIS, Esq.
Attorneys for Defendant and
Cross-Defendant ACCU-FORM POLYMERS,
INC., d/b/a COOL TOPS, INC.

DATED: July 1, 2026          **MOKRI VANIS & JONES LLP**

/s/ Todd A. Jones
TODD A JONES, Esq.
KIMBERLY M. STOICA, Esq.
Attorneys for Cross-Defendant
FLEET BODYWORX, INC.

4

## <u>ORDER</u>

Based on the foregoing stipulation of the Parties **THE COURT HEREBY ORDERS AND DECREES** that the deadline for the Parties to complete various tasks is **EXTENDED** as follows:

| | | |
|---|---|---|
| 1. | Fact Discovery Cutoff: | September 18, 2026 |
| 2. | Expert Disclosures and Reports: | October 2, 2026 |
| 3. | Rebuttal Expert Reports: | October 23, 2026 |
| 4. | Expert Discovery Cutoff: | November 6, 2026 |
| 5. | Deadline to File Dispositive and Daubert Motions: | November 10, 2026 |
| 6. | Trial Setting Conference: | January 19, 2027 |

All other case management and pretrial deadlines shall remain as currently set unless separately modified by further order of the Court or stipulation of the Parties.

**IT IS SO ORDERED.**

DATED: July 6, 2026

_____
HON. P. CASEY PITTS

Abramson Smith Waldsmith, LLP
Attorneys At Law

JOINT STIPULATION TO CONTINUE DISCOVERY AND
RELATED DEADLINES; [~~PROPOSED~~ ORDER]
CASE NO.: 5:25-CV-01344-NC